**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LARRY MANGUM,

        Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Case No. CV 18-5056 DOC (SS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. No Objections have been received.[1] Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

---

[1] A copy of the Report and Recommendation was mailed to Plaintiff at his address of record at the United States Penitentiary in Lompoc, California. The copy was returned to the Court as undeliverable on May 13, 2019. (Dkt. No. 30). The BOP's Inmate Locator website indicates that Plaintiff was released from custody on April 9, 2019. (See https://www.bop.gov/inmateloc/). Plaintiff has failed to update his address of record, as the Central District's Local Rule 41-6 requires him to do.

IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 17, 2019

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE